UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN MICHAEL AITKEN,

    Plaintiff,

v.                            Case No. 4:24cv497-TKW-MJF

WARDEN, LIBERTY CORR.
FACILITY, et al.,

    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 9). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with court orders and failure to pay the filing fee. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** based on Plaintiff's failure to comply with court orders and failure to pay the filing fee.

3.   The Clerk shall enter judgment in accordance with this Order and close this case.

**DONE AND ORDERED** this 8th day of April, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**